Signed and Filed: February 10, 2011

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

KOKJER, PIEROTTI, MAIOCCO
& DUCK, LLP
CERTIFIED PUBLIC ACCOUNTANTS
Richard Pierotti #46794
351 California Street, Suite 300
San Francisco, California 94104
Telephone: (415) 981-4224
E-Mail: rpierotti@kpmd.com

Accountants for Trustee,
JANINA M. HOSKINS

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re TEDDY MINDO MALACAMAN & ) Case No. 10-30465 DM
MARIA MALACAMAN ) Chapter 7
)
Debtor(s) ) [Hearing Not Required]
_____ )

## ORDER AUTHORIZING EMPLOYMENT OF ACCOUNTANT

**Kokjer, Pierotti, Maiocco & Duck LLP,
Certified Public Accountants**

Upon the Application of Janina M. Hoskins, Trustee in Bankruptcy, and it appearing that Kokjer, Pierotti, Maiocco & Duck LLP, Certified Public Accountants, are well-qualified to perform accounting services required by the Trustee in this Chapter 7 case, that employment of proposed accountants will be in the best interest of the estate, that proposed accountants represent no interest adverse to the estate, and that notice and a hearing are not necessary in connection with the Application; it is

ORDERED that the Trustee be, and hereby is, authorized to employ Kokjer, Pierotti, Maiocco & Duck LLP, Certified Public Accountants, as her accountant herein to perform accounting services on a general basis, and specifically for services to be rendered to advise the Trustee regarding the preparation of the bankruptcy estate's tax returns.

IT IS FURTHER ORDERED that Kokjer, Pierotti, Maiocco & Duck LLP, Certified Public

*ORDER AUTHORIZING EMPLOYMENT OF ACCOUNTANT* 1

Accountants and professionally licensed principals and employees of his firm be empowered to act, for and on behalf of the trustee and/or the estate, to represent them before any taxing authority including the Internal Revenue Service and the California Franchise Tax Board, to receive confidential information, to make written or oral presentations of fact or argument, and to perform any and all acts on behalf of the trustee and the estate which the trustee is by law permitted, regarding any tax matter which may arise during the administration of the estate.

**END OF ORDER**

*ORDER AUTHORIZING EMPLOYMENT OF ACCOUNTANT*

2

COURT SERVICE LIST

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*ORDER AUTHORIZING EMPLOYMENT OF ACCOUNTANT*     3